**Opinion issued August 14, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00892-CV**

———————————

**TRACY WILBURN, JAYLEN WILBURN, LAVEN WILBURN, ALMIRA JO MATHIS, MIKELLE FREEMAN, MARCELLUS FREEMAN, MILAN MYLES, AND ARTISTEDE RIVERS, Appellants**

**V.**

**CETIN CT TEXAS LLC AND ABHINAV GUPT, Appellees**

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 19-DCV-263243**

---

## MEMORANDUM OPINION

Appellants, Tracy Wilburn, Jaylen Wilburn, Laven Wilburn, Almira Jo Mathis, Mikelle Freeman, Marcellus Freeman, Milan Myles, and Artistede Rivers, filed a notice of appeal from an order signed by the trial court on October 10, 2024.

Appellants have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The clerk's record was filed on December 3, 2024, and on January 3, 2025, the official court reporter for the 400th District Court of Fort Bend County, Texas notified the Court that no record was taken in the underlying cause. Accordingly, appellants' brief was originally due on February 3, 2025. *See* TEX. R. APP. P. 38.6(a). Appellants requested an extension to file their brief, which was granted by the Court, extending the deadline for filing their brief to April 3, 2025. Appellants failed to timely file a brief.

On April 18, 2025, the Clerk of this Court notified appellants that the time for filing a brief had expired and the appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite notice that this appeal was subject to dismissal, appellants did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c); 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.